IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| JUAN JOSE FLORES-PARRA and ) | |
| EVA LUC FLORES, ) | |
| ) | CASE NO. BK10-83508-TJM |
| Debtor(s). ) | |
| UNITED STATES OF AMERICA, ) | A10-8085-TJM |
| ) | |
| Plaintiff, ) | 8:10CV333 |
| ) | |
| vs. ) | CH. 7 |
| ) | |
| JUAN JOSE FLORES-PARRA and ) | |
| EVA LUC FLORES, ) | |
| ) | |
| Defendants. ) | |

## REPORT & RECOMMENDATION

This matter is before the court on the plaintiff's status report (Fil. No. 6).

This lawsuit was filed in September 2010 by the government to foreclose on a mortgage and security interest securing a loan made by the United States Department of Agriculture's Rural Housing Service. The defendants filed their Chapter 7 bankruptcy petition in November 2010, and the civil lawsuit was subsequently referred to this court.

The debtors have now received a discharge in the bankruptcy case. Therefore, I respectfully recommend to the district court that it withdraw the reference of this case and permit the parties to proceed with their litigation, although the debtors shall have no personal liability for any monetary judgment.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED: March 30, 2011

RESPECTFULLY SUBMITTED,

/s/ Timothy J. Mahoney
United States Bankruptcy Judge

Notice given by the Court to:
    Trinh P. Tran        Office of General Counsel USDA-Rural Development
    Laurie Barrett       U.S. Trustee