IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CV333** |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| **JUAN JOSE FLORES-PARRA and EVA LUC FLORES,** | ) | |
| Defendants. | ) | |
| _____ | ) | _____ |
| **IN THE MATTER OF:** | ) | **CASE NO. BK10-83508 - TJM** |
| **JUAN JOSE FLORES-PARRA and EVA LUC FLORES,** | ) | **A10-8085-TJM** |
| | ) | **CH. 7** |
| Debtors. | ) | |

This matter is before the Court on the Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney (Filing No. 20) recommending that this Court withdraw the reference of this matter to the bankruptcy court. No objections have been filed to the Report and Recommendation under Federal Rule of Bankruptcy Procedure 9033(b).

The Court finds that under 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 9033(d), and for good cause shown, that the Report and Recommendation should be adopted.

IT IS ORDERED:

1. The Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney (Filing No. 20) is adopted;

2. The Order of Reference (Filing No. 19) to the U.S. Bankruptcy Court for the District of Nebraska is withdrawn; and

3. This case shall progress in this Court.

DATED this 20th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge