# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 8:10CV333 |
| ) | |
| v. ) | |
| ) | ORDER TO SET ASIDE |
| JUAN JOSE FLORES-PARRA ) | MARSHAL'S SALE |
| and EVA L. FLORES, ) | |
| ) | |
| Defendants. ) | |

Upon consideration of the Motion to Set Aside Marshal's Sale filed by the United States of America (Filing No. 30),

IT IS HEREBY ORDERED that the motion (Filing No. 30) is granted, and the marshal's sale conducted on September 21, 2011, is hereby set aside.

IT IS FURTHER ORDERED that the United States District Court Clerk's Office is directed to return the $1,700.00 down payment to Jose G. Perez and Maria Bentura Perez, 852 S. Kindschuh St., West Point, NE 68788.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge